(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Jammie Patterson

Donald L. Carson

_(In the space above enter the full name(s) of the plaintiff(s).)_

Civ. Action No. 24 - 1159
(To be assigned by Clerk's Office)

-against-

Deborah Grant
Passionflix Tosca Musk, Joany Kane
Marianne Pancebianco, Michael Bloom
Shani Boone, Kimbal Musk, Bill Lee, Sylvain
Reynard, Deborah Grant, Elon Musk, Alex Harp

**COMPLAINT**
(Pro Se)

Jury Demand?
☑ Yes
☐ No

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)_

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

Page 1 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Jammie Patterson and Donald L. Carron
Name (Last, First, MI)

1328 N. Walnut St. Unit 1. Wilmington, DE 19801
Street Address

Wilmington             DE          19801
County, City           State       Zip Code

(302) 582-0313          networkwithme2021@gmail.com
Telephone Number        E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Tosca Musk    Passionflix
Name (Last, First)

13031 Villosa. Pl. Apt #109. Playa Vista CA 90094
Street Address

Playa Vista            CA          90094
County, City           State       Zip Code

Defendant 2: Pitchbook c/o Bill Lee and Sam Altman
Name (Last, First)

901 5th Avenue  #200
Street Address

Seattle                WA          98164
County, City           State       Zip Code

Page 2 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: Nueralink c/o Elon Musk
Name (Last, First)

1200 17th St. Floor #15
Street Address

Denver    CO    80202
County, City   State   Zip Code

Defendant 4: Palantir Technologies c/o Alex Harp
Name (Last, First)

1200 17th Floor #15
Street Address

Denver, CO. 80202
County, City   State   Zip Code

## II.   BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☒ ~~United States Government Defendant:~~ United States or a federal official or agency is a defendant.

☒ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

Human Trafficking - Copy Write Laws - Wire Fraud (BSA)
Home Invasion - Assault with a deadly Weapon
Sexual Assault - Illegal audio and video taping/recording
Sell of real property - exploitation in physical form
Obtaining intellectual properties under false pretenses
Identity Theft, Breaking and Entering
US Penal Code 18, AI Systems Regulation Laws
Consumer/Civil/Human Rights/Product default

Page 3 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

## III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Nueralink and Telsa Corp(s) filed in Delaware State. Deborah Grant- Resides in Wilmington, DE Resident Elon Musk. Often Court Appearances in DE State Incident(s) occurrs in city of Wilmington state of DE Evidence @ 1328 N. Walnut St. - Unit #1 - Wilmington, DE, 19801 Jammie Patterson(s) Body of evidence - NL Implants

## IV. STATEMENT OF CLAIM

**Place(s) of occurrence:** physical Body (attached to computer ports) 1328 N. Walnut St. · Unit #1 - Wilmington, DE 19801

**Date(s) of occurrence:** 02/20/2021 - current date

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:** I am being sold/data for profits in form of trafficking Elon Musk, Deborah Grant assaulted Jammie Patterson with an unknown deadly object by way of surgerally implanted Nueralink Micro Threads to Cortex and Spinal Cord illegally and unauthorized by breaking and entering with violent intent to exploit, expose and sell without consent. Connected to 100 Computer programs and Sold attraction (Jammie Patterson) self forced labor without consent to sell my human forced labor without compensation with profits that exceeded 240 billion Dollars > Film Industry Profited over 35 million without consent

*What happened to you?*

(Del. Rev. 11/14) Pro Se General Complaint Form

Passionflix sold me → Pitchbook sold me → Plantir Technologies sold me → Nueralink sold me → Deborah Grant sold me → Elon Musk sold me → Alex Harp sold me → Tosca Musk sold me → Marianne Pancebianco sold me. Bill Lee → brought and sold me as the above mentioned in the exact fashion of human trafficking

Mentioned Defendants Refuse to Pay and/or Please legally monies due to stolen identity wrongful claims on Jammie Patterson See attached 32 pages

**Was anyone else involved?**

Note: Jammie Patterson (the person) is looked upon as if they have claimed to own Jammie Patterson in actual slavery form due to the fact that I Jammie Patterson have no business nor personal association. The force and/or control is used to recruit in form of prostitution in which I've been sold in the Porn Markets associate(s) of Elon Musk/Passionflix

(Del. Rev. 11/14) Pro Se General Complaint Form

See attached 32 page(s) of complaint

Who did what?

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Perm. implants = eye damage, muscle damage, tissue damage. Unable to remove. Can not live without controls - no access leaves me subjected to daily bodily harm to depression, physical pain from head ache. Pressure(s) in cortex area, nervous system breathing, walking (pinched nerve) Nothing can take away caused trauma I have to live with Nueralink for life. They went through my skull to get to my brain to Human Traffic > Nueralink is unremovable

## VI. RELIEF

The relief I want the court to order is:

☐ Money damages in the amount of: $240 Billion

☑ Other (explain):

Elon Musk personally net(s) 240 Billion from Implants via Nueralink via Jammie Patterson Alex Harp net(s) 2.5 Billion from Software attached via ports via Jammie Patterson Tosca Musk, Passionflix, Pitchbook, AMC, SIVC and XRM Media profits in the 35 Million(s) Tosca Musk CFO In possession of all collected filmed data and owes Jammie Patterson $35 Million for stolen property and Human Trafficking profits comes from exploitation and forced labor. No contract no consent non-member Never disclosed. never made contact in person, phone, email nor mail Deborah Grant sold me to Passionflix for money.

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

_10/17/24_
Dated

_Patterson_
Plaintiff's Signature

_Jammie Patterson Donald Carson_
Printed Name (Last, First, MI)

_1328 N. Walnut St. Unit #1    Wilmington,    DE    19801_
Address                        City           State  Zip Code

_(302) 582-0313_
Telephone Number

_networkwithme2021@gmail.com_
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**